25

FILED

DEC 23 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

FILED

Nov 07 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ GloriaVocal DEPUTY

redacted

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SARETH SAO (1),<br>[redacted] (2),<br>Defendants. | Case No. '24 CR2392 AGS<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Secs. 922(a)(1)(A), 923(a), and 924(a)(1)(D) - Engaging in the Business of Dealing Firearms Without a License; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Cocaine, Fentanyl, and Methamphetamine; Title 18, U.S.C., Secs. 922(o) and 924(a)(2) - Possession and Transfer of a Machinegun; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Count 1
Engaging in the Business of
Dealing Firearms Without a License
[18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)]

Beginning no later than August 14, 2023 and continuing until at least October 6, 2023, within the Southern District of California, defendants SARETH SAO and [redacted] not being a licensed importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

JSST:nlv:San Diego:11/7/24

Count 2
Conspiracy to Distribute Controlled Substances
[21 U.S.C. §§ 841(a)(1) and 846]

Beginning on a date unknown to the grand jury and continuing up to at least December 7, 2023, within the Southern District of California, defendant SARETH SAO did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; 40 grams and more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 3
Distribution of Cocaine
[21 U.S.C. § 841(a)(1)]

On or about February 2, 2023, within the Southern District of California, defendant SARETH SAO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 4
Distribution of Cocaine
[21 U.S.C. § 841(a)(1)]

On or about March 2, 2023, within the Southern District of California, defendant SARETH SAO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 5
Distribution of Cocaine
[21 U.S.C. § 841(a)(1)]

On or about June 28, 2023, within the Southern District of California, defendant SARETH SAO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 6
Distribution of Cocaine
[21 U.S.C. § 841(a)(1)]

On or about August 14, 2023, within the Southern District of California, defendant SARETH SAO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 7
Possession and Transfer of a Machinegun
[18 U.S.C. §§ 922(o), 924(a)(2), and 2]

On or about August 14, 2023, within the Southern District of California, defendants SARETH SAO and [redacted] did knowingly possess and transfer a machinegun, that is, a privately made firearm (commonly referred to as a "ghost gun"), being an AK style, 7.62mm caliber rifle with no serial number and a magazine; in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

//

//

//

//

//

**Count 8**
**Possession and Transfer of a Machinegun**
**[18 U.S.C. §§ 922(o), 924(a)(2), and 2]**

On or about August 17, 2023, within the Southern District of California, defendants SARETH SAO and [redacted] did knowingly possess and transfer a machinegun, that is, a privately made firearm (commonly referred to as a "ghost gun"), being an AK-style, 7.62mm caliber rifle with no serial number; in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

**Count 9**
**Possession and Transfer of a Machinegun**
**[18 U.S.C. §§ 922(o), 924(a)(2), and 2]**

On or about August 30, 2023, within the Southern District of California, defendants SARETH SAO and [redacted] did knowingly possess and transfer a machinegun, that is, an Izhmash (IMEZ), Saiga, 7.62mm caliber rifle bearing serial number 99 1067600 with a magazine; in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

**Count 10**
**Distribution of Fentanyl**
**[21 U.S.C. § 841(a)(1)]**

On or about October 26, 2023, within the Southern District of California, defendant SARETH SAO did knowingly and intentionally distribute 40 grams and more, to wit: approximately 108.03 grams of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 2 through 6 and 10 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 2 through 6 and 10 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants SARETH SAO and [redacted] shall forfeit to the United States all their rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 2 through 6 and 10 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: November 7, 2024.

[redacted]

TARA K. McGRATH
United States Attorney

By: ____________________
JILL S. STREJA
RONALD SOU
Assistant U.S. Attorneys

I hereby attest and certify on 11/07/2024
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ____________ Deputy